IN THE CIRCUIT COURT OF THE 17TH JUDICIAL CIRCUIT IN AND FOR BROWARD COUNTY, FLORIDA

FRANCE GRIMSLEY,

        Plaintiff,

vs.

NATIONAL SPECIALTY INSURANCE COMPANY,

        Defendant.

_____/

CASE NO:  CACE21-004420

## AMENDED COMPLAINT

COMES NOW the Plaintiff, FRANCE GRIMSLEY, by and through the undersigned counsel and hereby files this Complaint against the Defendant, NATIONAL SPECIALTY INSURANCE COMPANY, and as grounds therefore states as follows:

1.      That this is an action for damages in excess of THIRTY THOUSAND DOLLARS ($30,000.00), exclusive of interest, attorney fees and costs, and is otherwise within the jurisdictional limits of this Court.

2.      That at all times material hereto the Defendant was an insurance company authorized to do business in the State of Florida and doing business in Broward County, Florida.

3.      That at all times material hereto the Plaintiff was and is a resident of Broward County, Florida, and is otherwise *sui juris*.

4.      That at all times material hereto, Plaintiff and Defendant had a policy of insurance, Policy No. VUW-HO-726246, on Plaintiff's residence located at 7420 NW 9th Street, Plantation, FL 33317, which afforded various types of coverages including coverage for damage to dwelling, other structures, personal property, and for loss of use.   Plaintiff is not in possession of a copy of the policy but believes one to be in possession of Defendant.

CASE NO: CACE21-004420                    2

5.      On or about November 8, 2020 the above described property was damaged as a result of Tropical Storm Eta.

6.      Defendant has failed or refused to pay for all of Plaintiff's losses as required by the insurance policy.

7.      Plaintiff has complied with all conditions precedent and/or statutory requirements in order to recover under the policy of insurance and applicable Florida Statutes, or, in the alternative, those conditions precedent and/or statutory requirements that have not been complied with have been waived by the Defendant. The Defendant assigned the loss claim number 40201135800-0001, but the Defendant has refused and continues to refuse to pay either part or all of the Plaintiff's claims.

## COUNT I – BREACH OF CONTRACT

Plaintiff readopts and realleges Paragraphs 1 through 7 above as if fully stated herein, and further alleges as follows:

8.      That the Defendant's denial of coverage and refusal to pay the full amount of the claim or in the alternative, a reasonable amount was contrary to the terms of the policy and/or Florida law and was a breach of said contract of insurance. In the alternative the Defendant has or refused to pay a reasonable amount of the Plaintiff's claim. This is contrary to the terms of the policy and/or Florida law and was a breach of said insurance contract.

9.      The Plaintiff has been damaged by the Defendant's breach of said contract of insurance by having not been compensated for the damage sustained to the building on the subject property, damage to contents, and loss of use of the property and possessions taken from therein.

CASE NO: CACE21-004420            3

10.       That as a direct and proximate result of the Defendant's refusal to pay the Plaintiff's claim, the Plaintiff has been required to retain the services of the undersigned attorneys to represent and protect the Plaintiff's interests and Plaintiff has become obliged to pay them a reasonable fee for their services in bringing this action.

11.       In the event that the Plaintiff prevails in this action, Plaintiff is entitled to an award of attorney fees and costs pursuant to Florida Statute Section 627.428 or other Florida law.

WHEREFORE, the Plaintiff, FRANCE GRIMSLEY, demands judgment against the Defendant, NATIONAL SPECIALTY INSURANCE COMPANY, for damages including but not limited to damage to the building, contents, loss of use, interest allowed by law, and reasonable attorney fees and costs pursuant to Florida Statute Section 627.428 or other Florida law, and the Plaintiff demands trial by jury of all issues triable as a matter of right by jury.

**DEMAND FOR JURY TRIAL**

The Plaintiff further demands a trial by jury of all issues so triable as a matter of right.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished on this 21st day of June, 2021 to: **Brian P. Henry, Esq.,** of ROLFES HENRY CO., LPA 5577 Broadcast Court, Sarasota, Florida 34240, bhenry@rolfeshenry.com; srainwater@rolfeshery.com.

By:     /s/ *Amir Cyrus*
                AMIR CYRUS, ESQUIRE
                Florida Bar No: 115711
                THE MINEO SALCEDO LAW FIRM, P.A.
                Attorneys for Plaintiff
                5600 Davie Road
                Davie, FL   33314
                T: (954) 463-8100 / F: (954) 463-8106
                Service@mineolaw.com